BARNET GARDNER, PLAINTIFF-APPELLANT, v. YETTA GARDNER, DEFENDANT-RESPONDENT.

Argued September 25, 1950—Decided October 16, 1950.

*Mr. Harry Indursky* argued the cause for the appellant.

PER CURIAM. This case is factually similar to *Voss v. Voss,* 5 *N. J.* 402, and the same questions are involved.

The judgment of the Appellate Division is affirmed for the reasons expressed in the opinion of this court in the *Voss case,* filed on even date herewith.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.